**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| LILY MAE BOWEN | § | |
| | § | |
| v. | § | CIVIL CASE NO. 4:19-CV-584 |
| | § | |
| COMMISSIONER, SSA | § | |
| | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge, this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On August 14, 2020, the report of the Magistrate Judge, (Dkt. #20), was entered containing proposed findings of fact and recommendations that the final decision of the Commissioner of Social Security be **REMANDED**.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, the Court determines that the Magistrate Judge's report should be adopted.

It is therefore **ORDERED** that the final decision of the Commissioner of Social Security is **REMANDED** for further review.

**So ORDERED and SIGNED this 1st day of September, 2020.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE