UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| LILY MAE BOWEN | § | |
| | § | |
| v. | § | CIVIL CASE NO. 4:19-CV-584-SDJ |
| | § | |
| COMMISSIONER, SSA | § | |

## MEMORANDUM OPINION AND ORDER

The Court, having reviewed Plaintiff Lily Mae Bowen's Application for Attorney Fees under the Equal Access to Justice Act, (Dkt. #26), and the Commissioner's Response, (Dkt. #28), wherein the Commissioner does not object to the requested fees, finds that Plaintiff's Application is well taken and should be granted. Accordingly,

It is therefore **ORDERED** that Plaintiff's Application, (Dkt. #26), is **GRANTED**, and the Commissioner is directed to pay six thousand six hundred sixty-nine dollars and ninety-eight cents ($6,669.98) in attorney's fees, plus court costs of four hundred dollars ($400.00), for a total award of seven thousand sixty-nine dollars and ninety-eight cents ($7,069.98).  Payment shall be made payable to Plaintiff and mailed to Plaintiff's counsel of record.

**So ORDERED and SIGNED this 9th day of December, 2020.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE